Paul Caleo, State Bar No. 153925
Kevin M. Larson, State Bar No. 245324
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Defendant
HOME DEPOT U.S.A. INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY SCHOLTZ,<br><br>  Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC. and DOES 1 through 25,<br><br>  Defendants. | No. CV 10 3794 JL<br><br>**STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR PROCESS** |

Defendant HOME DEPOT U.S.A., INC. ("Defendant") and Plaintiff JOY SCHOLTZ ("Plaintiff") have engaged in good faith meet and confer efforts regarding their previous stipulation to participate in the ADR process. Pursuant to the Court's December 1, 2010 order (Pacer docket #7), the present deadline to complete the ADR process is March 1, 2011.

Medical records necessary to the evaluation of this matter are currently pending production from the medical provider. Counsel has been informed that the production date is expected within 60 days of the date of this filing. The Parties and the mediator in this matter have met and conferred and have agreed to a new mediation date of May 5, 2011.

As the outstanding medical records are necessary to fully evaluate the claimed damages in advance of the mediation process, Plaintiff and Defendant hereby stipulate and respectfully request that the Court continue the deadline to complete the ADR process to May 12, 2011. In

addition, the Parties hereby stipulate and agree and respectfully request that the Court continue the deadline to file and exchange Initial Disclosures to March 1, 2011.

**NOW, THEREFORE**, the Parties hereby stipulate and agree that, subject to the Court's approval:

1. The deadline to complete the ADR process presently set for March 1, 2011 is continued to May 12, 2011.
2. Initial Disclosures shall be filed and exchanged March 1, 2011.

Dated: February 16, 2011            SHANE & TAITZ

By: /s/ David R. Shane
DAVID R. SHANE
Attorneys for Plaintiff
JOY SCHOLTZ

Dated: February 16, 2011            BURNHAM BROWN

By: /s/ Kevin M. Larson
KEVIN M. LARSON
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

I hereby attest that I have on file all holograph signatures for any signatures idicated by a "conformed" signature (/s/) within this efiled document.

**IT IS SO ORDERED**:

Dated: February 18, 2011

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

1058932