```
1  David R. Shane, Esq. [SBN: 109890]
   Robert J. Taitz, Esq. [SBN: 168334]
2  SHANE & TAITZ
   1000 Drakes Landing Road, Suite 200
3  Greenbrae, California 94904-3027
   Telephone: 415/464-2020
4  Facsimile: 415/464-2024

5  Attorneys for Plaintiff
   JOY SCHOLTZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY SCHOLTZ,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HOME DEPOT USA, Inc. and<br>DOES 1 to 25,<br><br>　　　　　Defendants. | Case No. 10-3794 JL<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Counsel for plaintiff JOY SCHOLTZ respectfully requests permission to appear at the Case Management Conference on February 23, 2011 at 10:30 a.m. via telephone.

Counsel makes this request due to the fact that he has plans to be out of the local area on this date and would therefore like to make this appearance telephonically. If this request is denied, counsel will appear at the Case Management Conference in person.

DATED: February 22, 2011

　　　　　　SHANE & TAITZ

　　　　　　　　　　By: /s/ Robert J. Taitz
　　　　　　　　　　　　　Robert J. Taitz
　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　Joy Scholtz

**DENIED**
DATED: 2/22/11
/s/ James Larson
Judge James Larson

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE