David R. Shane, Esq. [SBN: 109890]
Robert J. Taitz, Esq. [SBN: 168334]
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, California 94904-3027
Telephone: 415/464-2020
Facsimile: 415/464-2024

Attorneys for Plaintiff
JOY SCHOLTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY SCHOLTZ, | Case No. 10-3794 JL |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION** |
| HOME DEPOT USA, Inc. and DOES 1 to 25, | |
| Defendants. | |

JOY SCHOLTZ, plaintiff and HOME DEPOT USA, Inc, by and through their respective attorneys hereby stipulate as follows and respectfully seek a Court order as follows:

1.      This Court ordered plaintiff Joy Scholtz and defendant Home Depot USA, Inc. to mediate this case by May 12, 2011;

2.      The parties agreed to schedule the mediation on May 5, 2011 before the court appointed mediator, Patricia Prince;

3.      The parties both believe that the case is not ripe for mediation because the parties are still waiting to receive any billing information from plaintiff's medical providers at Kaiser Permanente. Health Care Recoveries administers Kaiser Permanente's billings and the claim representative from Health Care Recoveries stated on April 27, 2011 that billing

amounts will not be available for up to sixty (60) days.

4. The mediator, Ms. Prince, agrees that the mediation should be continued.

5. The parties, their counsel and Ms. Prince have agreed to schedule a new mediation date of July 6, 2011.

6. The parties, their counsel and Ms. Prince believe that the Further Case Management Conference scheduled for May 18, 2011 at 10:30a.m. be continued until after the July 6, 2011 mediation.

7. The parties and their counsel also request that all scheduling be delayed until after the Further Case Management Conference.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that (1) the deadline to complete mediation is continued to July 10, 2011; (2) that the Further Case Management Conference currently scheduled for May 18, 2011 at 10:30 a.m. be continued until after the July 6, 2011 mediation; (3) and that the current schedule for the case be vacated and that the schedule be determined at the Further Case Management Conference. Case management conference continued to July 27, 2011, 10:30 a.m.

IT IS SO STIPULATED.


DATED: May 2, 2011          SHANE & TAITZ


                            By: __/s/ David R. Shane__
                                David R. Shane
                                Attorney for Plaintiff
                                Joy Scholtz


DATED: May 2, 2011


                            By: __/s/ Kevin Larson__
                                Kevin Larson
                                Attorney for Defendant
                                Home Depot USA, Inc.

## Order

**Good Cause Appearing Therefor,**

IT IS HEREBY ORDERED, as follows;

① The Mediation Completion Date is continued until July 10, 2011; and

② The Further Case Management Conference currently scheduled for May 18, 2011 at 10:30 a.m. be continued until __July 27__, 2011; 10:30 a.m.

③ The current schedule for the case be vacated and that the schedule be determined at the Further Case Management Conference.

**So Ordered.**

DATED: __5-6__, 2011

_____
Magistrate Judge James Larson