|   |   |
|---|---|
| 1 | Paul Caleo, State Bar No. 153925 |
|   | Kevin M. Larson, State Bar No. 245324 |
| 2 | BURNHAM BROWN |
|   | A Professional Law Corporation |
| 3 | P.O. Box 119 |
|   | Oakland, California 94604 |
| 4 | --- |
|   | 1901 Harrison Street, 11th Floor |
| 5 | Oakland, California 94612 |
|   | Telephone:   (510) 444-6800 |
| 6 | Facsimile:   (510) 835-6666 |
| 7 | Attorneys for Defendant |
|   | HOME DEPOT U.S.A., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| JOY SCHOLTZ, | No. CV 10 3794 JSC |
|---|---|
| Plaintiff, | (~~PROPOSED~~) ORDER GRANTING DEFENDANT HOME DEPOT U.S.A., INC.'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |
| v. | |
| HOME DEPOT USA, INC. and DOES 1 through 25, | |
| Defendants. | Date: July 28, 2011<br>Time: 1:30 p.m.<br>Dept: Hon. Magistrate Jacqueline S. Corley |

Pursuant to the request of Defendant Home Depot U.S.A., Inc. to appear via telephone at the Case Management Conference scheduled for July 28, 2011, at 1:30 p.m., permission is GRANTED. Defendant shall contact Court Conference at 866/~~582~~ 882 -6878 to make the arrangements.

Dated: __7/26__, 2011

_____
Hon. Jacqueline Scott Corley
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT

1090479

---

1

(~~PROPOSED~~) ORDER GRANTING HOME DEPOT U.S.A., INC.'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE    Case No. 103794 JSC