David R. Shane, Esq. [SBN: 109890]
Robert J. Taitz, Esq. [SBN: 168334]
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, California 94904-3027
Telephone: 415/464-2020
Facsimile: 415/464-2024

Attorneys for Plaintiff
JOY SCHOLTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY SCHOLTZ,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA, Inc. and<br>DOES 1 to 25,<br><br>　　　　　Defendants. | Case No. 10-3794 JL<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>DATE:　July 28, 2011<br>Time:　1:30 p.m.<br>Dept:　Hon. Magistrate Jacqueline S. Corley |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　Counsel for plaintiff JOY SCHOLTZ respectfully requests permission to appear at the Case Management Conference on July 28, 2011 at 1:30 p.m. via telephone.

　　　Counsel makes this request due to the fact that he has plans to be out of the local area on this date and would therefore like to make this appearance telephonically. If this request is denied, counsel will appear at the Case Management Conference in person.

　　　DATED: February 22, 2011

　　　　　　　　　　　　　　　　　　SHANE & TAITZ

　　　　　　　　　　　　　　　　　　By: __/s/ David R. Shane__
　　　　　　　　　　　　　　　　　　　　David R. Shane
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Joy Scholtz

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON

## Order

**Good Cause Appearing Therefor,**

IT IS HEREBY ORDERED, as follows;

Pursuant to the request of plaintiff Joy Scholtz to appear vial telephone at the Case Management Conference scheduled for July 28, 2011, at 1:30 p.m., permission is GRANTED. Plaintiff shall contact Court Call at 1-888-882-6878 to make necessary arrangements.

So Ordered.

DATED: July 26, 2011

_____
Magistrate Jacqueline S. Corley

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON