**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   JOY SCHOLTZ                          No. C-10-03794-DMR
8           Plaintiff,                   **ORDER VACATING SETTLEMENT
                                         CONFERENCE**
9       v.
10  HOME DEPOT USA INC
11          Defendant.
    _____/
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14          The parties to this matter have advised the court that they have agreed to a settlement.
15  Therefore, you are hereby notified that the Settlement Conference set for **September 27, 2011 at**
16  **11:00 a.m.** before the Honorable Donna M. Ryu is VACATED.
17
18  Dated:  September 21, 2011
19
                                         _____
20                                       DONNA M. RYU
                                         United States Magistrate Judge
21
22
23
24
25
26
27
28