**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7  JOY SCHOLTZ                          No. C-10-03794-DMR
8          Plaintiff,                   **ORDER VACATING SETTLEMENT CONFERENCE**
9      v.
10 HOME DEPOT USA INC
11          Defendant.
12 _____/
13 TO ALL PARTIES AND COUNSEL OF RECORD:
14     The parties to this matter have advised the court that they have agreed to a settlement.
15 Therefore, you are hereby notified that the Settlement Conference set for **September 27, 2011 at**
16 **11:00 a.m.** before the Honorable Donna M. Ryu is VACATED.
17
18 Dated:  September 21, 2011
19                                    _____
20                                    DONNA M. RYU
21                                    United States Magistrate Judge
22
23
24
25
26
27
28